**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Arbella Rodriguez Marquez,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-01311-PHX-JCH (CDB)

**ORDER**

Before the Court is Magistrate Judge Camille D. Bibles's Report and Recommendation, recommending the Court grant the Petition and order Petitioner be given a bond hearing before an Immigration Judge ("IJ") within seven days. (Doc. 10 at 13.) On February 24, 2026, Petitioner Arbella Rodriguez Marquez filed her 28 U.S.C. § 2241 Petition challenging her immigration detention, arguing she is entitled to a bond hearing under 28 U.S.C. § 1226(a), her (now seventeen month) detention has become unconstitutionally prolonged, and she is subject to unconstitutional treatment and conditions of confinement. (Doc. 1)

Because neither party objected to the R&R, the Court reviews for clear error, *see Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999), and finds none.

Accordingly,

**IT IS ORDERED adopting in full the** Report and Recommendation.

**IT IS FURTHER ORDERED granting the** Petition as to Petitioner's request for a bond redetermination hearing and **denying** the remainder of the Petition.

**IT IS FURTHER ORDERED directing** Respondents to provide Petitioner a bond redetermination hearing within **seven (7) days** of the date of this Order or release her from custody. The bond hearing shall comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), there shall be a contemporaneous record of the hearing, and at the hearing the Government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community.

**IT IS FURTHER ORDERED directing** Respondents provide a notice of compliance within **three (3) days** of providing Petitioner a bond hearing or releasing her, and **no more** than **ten (10) days** from the date of this Order.

**IT IS FINALLY ORDERED denying as moot** any pending motions and **directing** the Clerk of the Court to enter judgment in Petitioner's favor and close this case.

Dated this 18th day of August, 2026.

John C. Hinderaker
United States District Judge