**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Arbella Rodriguez Marquez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

**NO. CV-26-01311-PHX-JCH**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to Petitioner's request for a bond redetermination hearing and denying the remainder of the Petition. Judgment is entered in Petitioner's favor and this case is closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

August 18, 2026

By s/ A. Roybal
Deputy Clerk