**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Arbella Rodriguez Marquez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01311-PHX-JCH

**ORDER**

On August 18, 2026, the Court adopted the Report and Recommendation of the Magistrate Judge, granted Petitioner's 28 U.S.C. § 2241 Petition, and ordered Respondents to provide Petitioner a bond redetermination hearing within seven days of the date of the Order or release her from custody. (Doc. 11.) The Court additionally required that the bond hearing comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), required the Government bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, and required and a contemporaneous record of the hearing. (*Id.*) Finally, the Court required Respondents to file a Notice of Compliance no later than ten days after the Court's Order. To date, no notice of compliance has been filed. (*Id.*)

Accordingly,

**IT IS ORDERED that** no later than **Wednesday, September 9, 2026**, Respondents must file a Notice of Compliance that provides evidence that Petitioner received a bond redetermination hearing that complied with each aspect of the Court's August 18, 2026

Order.

Dated this 8th day of September, 2026.

John C. Hinderaker
United States District Judge